United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BARBARA ROHRS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION doing business as AMTRAK, PREFERRED CHARTERS, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No. 1:12-cv-4593 NJV<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT AMTRAK AND REMANDING CASE TO THE SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF HUMBOLDT<br><br>(Docket No. 21) |

        This action was removed to this court from the Superior Court of California in and for the County of Humboldt on August 31, 2012. (Doc. 1) On July 23, 2013, the parties filed a stipulation for dismissal and remand pursuant to Rule 41(b), Federal Rules of Civil Procedure. (Doc. 21.) Although the caption of the stipulation and the entry on the case docket refer to remand to the Superior Court of California in and for the County of Sacramento, the body of the stipulation refers to remand to the Superior Court of California in and for the County of Humboldt. This court may remand an action only to the state court in which it was originally filed. *See Bloom v. Barry*, 755 F.2d 356, (3rd Cir. 1985) (discussing requirement of remand to state court from which the case was removed). Therefore, the court will rely on the language in the actual stipulation, while disregarding the language in the caption and on the docket entry.

        Accordingly, IT IS HEREBY ORDERED as follows:

1)     The parties' stipulation is GRANTED;

2)     All claims against Defendant Amtrak are DISMISSED from this action with prejudice;

3) This action is remanded to the Superior Court of the State of California in and for the County of Humboldt; and

4) The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: July 24, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge